**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

| | |
|---|---|
| KENNETH FOSTER-BEY, *et al.*, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | File No. 05-CV-71318-DT |
| vs. | Hon. Nancy G. Edmunds |
| JOHN S. RUBITSCHUN, *et al.*, in their official capacities, | U.S. Mag. Judge Virginia Morgan |
| Defendants. | |

_____/

| | |
|---|---|
| Michigan Clinical Law Program<br>By: Paul D. Reingold (P-27594)<br>Attorneys for Plaintiffs<br>363 Legal Research Building<br>801 Monroe Street<br>Ann Arbor, MI 48109-1215<br>(734) 763-4319 | Office of the Attorney General<br>By: Kevin Himebaugh (P-53374)<br>Attorneys for Defendants<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-7021 |

_____

**Consolidated Companion Case**

| | |
|---|---|
| ANTHONY LYNCH-BEY, *et al.,* on behalf of themselves and all others similarly situated, | Hon. Nancy G. Edmunds |
| Plaintiffs, | |
| vs. | [File No. 05-72378-DT] |
| JOHN S. RUBITSCHUN, *et al.*, in their official capacities, | U.S. Mag. Judge Virginia Morgan |
| Defendants. | |

_____

**ORDER DISMISSING CLAIMS AGAINST THE DEFENDANTS
IN THEIR INDIVIDUAL CAPACITIES AND AMENDING THE CASE CAPTION**

The *Foster-Bey* plaintiffs and defendants having stipulated that because the plaintiffs seek only declaratory and injunctive relief, their claims are properly brought against the defendants only in their official capacities,

IT IS ORDERED that the plaintiffs' claims against the defendants in their individual capacities are dismissed, and that the case caption be amended accordingly.

SO ORDERED.


s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  September 28, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2005, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager

2